1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11

BRENT L. VANGSNESS,                )   Case No. SA CV 12-537-JST (SP)

12
                 Plaintiff,         )
                                    )
13
                                    )   **ORDER ACCEPTING FINDINGS AND**
          v.                        )   **RECOMMENDATION OF UNITED**
                                    )   **STATES MAGISTRATE JUDGE**
14
COUNTY OF ORANGE, et al.,           )
15
                                    )
                 Defendant(s).      )
16
_____           )
17
18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records
19
on file, and the Report and Recommendation of the United States Magistrate Judge.
20
Plaintiff has not filed any written Objections to the Report within the time permitted.
21
The Court accepts the findings and recommendation of the Magistrate Judge.
22          IT IS THEREFORE ORDERED that Judgment will be entered dismissing the
23
Complaint and this action without prejudice.
24
25
DATED:   September 6, 2012          **JOSEPHINE STATON TUCKER**
26                                  HONORABLE JOSEPHINE STATON TUCKER
                                    UNITED STATES DISTRICT JUDGE
27
28