JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT L. VANGSNESS, | ) Case No. SA CV 12-537-JST (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| COUNTY OF ORANGE, et al., | ) |
| Defendant(s). | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: <u>September 6, 2012</u>

**JOSEPHINE STATON TUCKER**
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE